JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 692 -- In re Union Carbide Corporation Consumer Products Business Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/06/05 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 thru A-2) pltf. Sy Richard Lippman, et al. -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 86/06/10 | 2 | AMENDED MOTION -- FILED BY SY RICHARD LIPPMAN, ET AL. -- A-3 Richard James Stevens, etc. v. Union Carbide Corp., N.D. Illinois, C.A .No. 86-3554 and A-4 Northchester Corp., et al. v. Union Carbide Corp., et al., S.D. New York, C.A. No. 86-Civ-4318(CLB) --  w/cert. of svc./Notified involved counsel (rh) |
| 86/06/16 | | APPEARANCE: ALLEN F. MAULSBY, ESQ. for Ralston Purina Company (rh) |
| 86/06/16 | | APPEARANCES: KENNETH H. HANSON, ESQ. for Richard James Stevens, e al. FRED ISQUITH, ESQ. for Northchester Corp., et al. STUART L. SHAPIRO, ESQ. for First Boston Corp., First Boston, Inc. First Boston Acquisition Holdings, Inc. (rh) |
| 86/06/16 | 3 | JOINDER -- (to pldg. #1) Northchester Corp., et al. -- w/cert. of svc. (rh) |
| 86/06/16 | | APPEARANCE: BARTLETT H. MCGUIE, ESQ. for Morgan Stanley & Co., Inc. (rh) |
| 86/06/17 | | APPEARANCE: JEROME M. CONGRESS, ESQ. for Sy Richard Lippman, et al. (rh) |
| 86/06/18 | | APPEARANCE: DIANNE M. NAST, ESQ. for Selden Ring (rh) |
| 86/06/18 | | APPEARANCE: RAYMOND L. FALLS, ESQ. for Union Carbide Corp. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motion of plaintiffs Sy Richard Lippman, et al. for transfer A-1 thru A-4. Notified involved counsel, clerks and judges. (tmq)   7/24/86, Buffalo, New York. |
| 86/06/20 | 4 | RESPONSE -- (to pldg. #2) Union Carbide Corp. -- w/cert. of svc. (rh) |
| 86/06/20 | 5 | RESPONSE -- (to pldg. #1) Selden Ring -- e/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/06/25 | 6 | RESPONSE -- (to Pldg. #2) Richard James Stevens -- w/cert. of svc. (rh) |
| 86/07/01 | 7 | REPLY -- MOVANTS (LIPPMAN & SCOTT) -- with certificate of service.  (paa) |
| 86/07/22 | | HEARING APPEARANCES:  DAVID J. BERSHAD, ESQ. for Sy Richard Lippman, et al., FRED T. ISQUITH, ESQ. for Northchester Corp., et al., KEVIN J. BURKE, ESQ. for Union Carbide corp., DIANNE M. NAST, ESQ. for Selden Ring, KENNETH H. HANSON, ESQ. FOR Richard James Stevens (hearing for July 24, 1986) (rh) |
| 86/07/22 | | WAIVER OF ORAL ARGUMENT -- (hearing for July 24, 1986) Morgan Stanley & Co., Ralston Purina Co. (rh) |
| 86/08/14 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of action to the Southern District of New York before Judge Brieant. (paa) |
| 86/08/14 | | TRANSFER ORDER -- Transferring A-2 to the Southern District of New York before Honorable Charles L. Brieant, for pretrial proceedings.  NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS.  (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. __692__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   In re Union Carbide Corporation Consumer Products Business Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 24, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 14, 1986 | TO | Unpublished | S.D.,N.Y. | Honorable Charles L. Brieant | ~~E.D.,PA~~ |

## Special Transferee Information

DATE CLOSED: _01/12/90_

Mr. Raymond F. Burghardt
Clerk,
United States District Court
101 East Post Road
White Plains, New York  10601

JPML FORM 1

LISTING OF INVOLVED ACTIONS

N.Y.,S. (White Plains)
J. Brieant

DOCKET NO. 692 -- In re Union Carbide Corporation Consumer Products Business Securities
Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sy Richard Lippman, et al. v. Union Carbide Corp., et al. | N.Y.,S. Brieant | 86-Civ-4177 (CLB) | | | 11/08/89D | |
| A-2 | Selden Ring v. Union Carbide Corp., et al. | Pa.,E. McGlynn | 86-2897 | 8/14/86 | 86-6690 | 01/12/90D | |
| A-3 | Richard James Stevens, etc. v. Union Carbide Corp. | ~~Ill.,N Nordberg~~ N.Y.S | ~~86-3557~~ 86 Civ.6264 | | | 11/08/89D | To Bl./ J #6 |
| A-4 | Northchester Corp., et al. v. Union Carbide Corp., et al. | N.Y.,S. Brieant | 86-Civ-4318 (CLB) | | | 11/08/89 | To Bl./ #2 |

*July 1990 - 4 Dis / Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 692 -- In re Union Carbide Corporation Consumer Products Business

Securities Litigation

| | |
|---|---|
| SY RICHARD LIPPMAN, ET AL. (A-1)<br>Jerome M. Congress, Esq.<br>Milberg, Weiss, Bershad, Specthrie<br>  & Lerach<br>One Pennsylvania Plaza<br>New York, New York  10119 | MORGAN STANLEY & CO., INC.<br>Bartlett H. McQuire, Esq.<br>Davis, Polk & Wardwell<br>One Chase Manhattan Plaza<br>New York, New York  10005 |
| SELDEN RING (A-2)<br>Dianne M. Nast, Esq.<br>Kohn, Savett, Klein & Graf<br>2400 One Reading Center<br>1101 Market Street<br>Philadelphia, PA  19107 | UNION CARBIDE CORP.<br>Raymond L. Falls, Esq.<br>Cahill, Gordon & Reindel<br>80 Pine Street<br>New York, New York  10005 |
| RICHARD JAMES STEVENS, ETC. (A-3)<br>Kenneth H. Hanson, Esq.<br>332 South Michigan Avenue<br>Suite 1858<br>Chicago, Illinois  60604 | APPEARANCES NOT RECEIVED FOR THE<br>FOLLOWING:<br><br>Mr. Warren M. Anderson<br>39 Old Ridgebury Road<br>Danbury, Connecticut  06817 |
| NORTHCHESTER CORP., ET AL. (A-4)<br>Fred Isquith, Esq.<br>Wolf, Haldenstein, Adler, Freeman & Herz<br>270 Madison Avenue<br>New York, New York  10016 | Mr. John J. Creedon<br>39 Old Ridgebury Road<br>Danbury, Connecticut  06817 |
| RALSTON PURINA COMANY<br>Allen F. Maulsby, Esq.<br>Cravath, Swaine & Moore<br>One Chase Manhattan Plaza<br>New York, New York  10005 | Mr. Roberto DeJesus Toro<br>39 Old Ridgebury Road<br>Danbury, Connecticut  06817<br><br>Mr. Harry J. Gray<br>39 Old Ridgebury Road<br>Danbury, Connecticut  06817 |
| FIRST BOSTON CORP.<br>FIRST BOSTON, INC.<br>FIRST BOSTON ACQUISITION HOLDINGS, INC.<br>Stuart L. Shapiro, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>919 Third Avenue<br>New York, New York  10022 | Mr. James M. Hester<br>39 Old Ridgebury Road<br>Danbury, Connecticut  06817<br><br>Mr. Jack B. Jackson<br>39 Old Ridgebury Road<br>Danbury, Connecticut  06817<br><br>Mr. Horace C. Jones<br>39 Old Ridgebury Road<br>Danbury, Connecticut  06817 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2____

DOCKET NO. _692___  --  _____

Mr. Robert D. Kennedy
39 Old Ridgebury Road
Danbury, Connecticut  06817

Mr. Ronald L. Kuehn, Jr.
39 Old Ridgebury Road
Danbury, Connecticut  06817

Mr. C. Peter McClough
39 Old Ridgebury Road
Danbury, Connecticut  06817

Mr. Williams S. Sneath
39 Old Ridgebury Road
Danbury, Connecticut  06817

Mr. J. Clayton Stephenson
39 Old Ridgebury Road
Danbury, Connecticut  06817

Mr. Heinn F. Tomfohrde, III
39 Old Ridgebury Road
Danbury, Connecticut  06817

Mr. Russell E. Train
39 Old Ridgebury Road
Danbury, Connecticut  06817

Ms. Kathryn D. Wriston
39 Old Ridgebury Road
Danbury, Connecticut  06817

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 692 -- In re Union Carbide Corporation Consumer Products Business Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Union Carbide Corp. | A-1, A-2, A-3, A-4 |
| Ralston Purina Company | A-1, A-4 |
| First Boston Corp. | A-1, A-4 |
| First Boston, Inc. | A-1, A-4 |
| First Boston Acquisition Holdings, Inc. | A-1, A-4 |
| Morgan Stanley & Co., Inc. | A-1, A-4 |
| Warren M. Anderson | A-1, A-2, A-4 |
| John J. Creedon | A-1, A-2, A-4 |
| Roberto DeJesus Toro | A-1, A-2, A-4 |
| Harry J. Gray | A-1, A-2, A-4 |
| James M. Hester | A-1, A-2, A-4 |

p. __2__

| | |
|---|---|
| Jack B. Jackson | A-1, A-2, A-4 |
| Horace C. Jones | A-1, A-2, A-4 |
| Robert D. Kennedy | A-1, A-2, A-4 |
| Ronald L. Kuehn, Jr. | A-1, A-2, A-4 |
| C. Peter McColough | A-1, A-2, A-4 |
| William S. Sneath | A-1, A-2, A-4 |
| J. Clayton Stephenson | A-1, A-2, A-4 |
| Heinn F. Tomfohrde, III | A-1, A-2, A-4 |
| Russell E. Train | A-1, A-2, A-4 |
| Kathryn D. Wriston | A-1, A-2, A-4 |
| | |